# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0621
Lower Tribunal No. 17-15901
_____

**Alberto Hoyos**,
Appellant,

vs.

**Atlantic View Partners, Ltd., etc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Alberto Hoyos, in proper person.

Fields Howell LLP and Armando P. Rubio and Pedro J. Collazo and Michael J. Ellis, for appellee.

Before LINDSEY, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d

1150, 1152 (Fla. 1979) (explaining that "[i]n appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error," so "the lack of a trial transcript or a proper substitute" results in record that is "inadequate to demonstrate reversible error" and requires affirmance); Cox v. Burke, 706 So. 2d 43, 46-47 (Fla. 5th DCA 1998) (finding no abuse of discretion in dismissing action for fraud on court where it clearly and convincingly can be demonstrated that party has sentiently set in motion some unconscionable scheme calculated to interfere with judicial system's ability impartially to adjudicate matter by improperly influencing trier of fact or unfairly hampering presentation of opposing party's claim or defense, and where party lies about matters pertinent to its own claim or portion thereof and perpetrates fraud that permeates entire proceeding).